GEORGE PALM CONSTRUCTION COMPANY, PROSECUTOR-APPELLANT, v. EDWARD BAHR, DEFENDANT-RESPONDENT.

Submitted February 17, 1933—Decided April 27, 1933.

For the prosecutor-appellant, *Emil Neblo*.

For the defendant-respondent, *Kalisch & Kalisch*.

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court. See, also, *Thomas* v. *Liondale Bleach, Dye and Print Works*, 10 *N. J. Mis. R.* 255.

*For affirmance*—The Chancellor, Chief Justice, Parker, Lloyd, Case, Bodine, Heher, Van Buskirk, Kays, Hetfield, Dear, Wells, Dill, JJ. 13.

*For reversal*—None.